STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
PATRICK BURNS
Assistant United States Attorney
Nevada Bar No. 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6020
Steven.Myhre@usdoj.gov
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDRICK J. LEAVITT, and<br>DUSTIN M. LEWIS,<br><br>Defendants. | **CRIMINAL INDICTMENT**<br><br>CASE NO: 2:17-cr- 391<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 1349 –Honest Services Fraud Conspiracy<br><br>18 U.S.C. § 201(b)(1) – Solicitation and Bribery of a Public Official<br><br>18 U.S.C. § 201(b)(2) – Solicitation and Receipt of a Bribe by Public Official |

**The Grand Jury charges that at all times relevant to the Indictment:**

## BACKGROUND

1.      Defendant DUSTIN LEWIS (LEWIS) was a certified public accountant and equity partner at Las Vegas, Nevada accounting and tax firm, LL Bradford & Company (LL Bradford).

2.      Defendant FREDRICK "RICK" LEAVITT (LEAVITT), was a certified public accountant and resident of Henderson, Nevada. LEAVITT was employed by the United States Bureau of Reclamation (USBR) as Director of the Financial Management Office (FMO) for the Lower Colorado Region. As part of his official duties, LEAVITT was involved in the administration and award of audit contacts related to USBR projects and infrastructure, including the Boulder Canyon Project, otherwise known as the Hoover Dam.

## THE SCHEME TO BRIBE A PUBLIC OFFICIAL

3.      From beginning in or about February 2015, through on or about February 18, 2016, in the District of Nevada and elsewhere, defendants LEAVITT and LEWIS, and others known and unknown to the Grand Jury, did devise, intend to devise, and participate in a material scheme and artifice to defraud and for obtaining money and property from the United States and the Southern California Public Power Authority (SCPPA) by means of materially false and fraudulent pretenses, representations, promises, and omissions, and to deprive the United States and its citizens of the right to LEAVITT's honest services, in violation of Title 18, United States Code, Sections 1343 and 1346.

4.      The purpose and object of the scheme and artifice to defraud was for LEWIS to pay bribes and kickbacks to LEAVITT in exchange for LEAVITT using his official position to steer a SCPPA audit contract to LL Bradford.

5.      It was a part of the scheme and artifice that LEAVITT and LEWIS, for the purpose of executing such scheme and artifice and attempting to do so, would and did transmit and cause to be transmitted by means of wire and radio communications

1 | in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to

2 | wit, electronic mails and wire transfers of money.

3 |      6.    As a part of the scheme and artifice, and among other acts, LEAVITT

4 | and LEWIS colluded over the preparation of LL Bradford's bid submission for the

5 | SCPPA audit contract by, among other things: LEAVITT providing LEWIS a copy of

6 | the audit selection committee's "score sheet" used in selecting the winning bid;

7 | LEAVITT and LEWIS together editing and exchanging draft copies of LL Bradford's

8 | bid submission for the contract; LEAVITT providing LEWIS inside information about

9 | the audit committee selection process; and LEAVITT and LEWIS exchanging

10 | telephone calls and text messages to discuss preparation of LL Bradford's bid

11 | submission to win the contract.

12 |      7.    As a further part of the scheme and artifice, LEAVITT used his official

13 | position at USBR and as a member of the SCPPA audit contract's selection committee

14 | to rank LL Bradford as a "1" on his score sheet, thus selecting LL Bradford's bid as

15 | the top bid for the SCPPA audit contract.

16 |      8.    Among other acts, it was a further part of the scheme and artifice that:

17 |      a.    LEWIS submitted by email and postal or common carrier a

18 | written proposal and bid for LL Bradford to be awarded the SCPPA audit contract.

19 | The bid falsely represented that LL Bradford's proposal was free from any collusion

20 | or undisclosed agreements with third parties, such as LEAVITT.

21 |      b.    On or about April 30, 2015, after the audit subcommittee had

22 | preliminarily selected LL Bradford as the winning bidder for the SCPPA audit

23 |

1  contract, LEWIS used a bank account owned by his company, Solomon Consulting,

2  LLC, to wire transfer $87,500 to a bank account owned and controlled by LEAVITT.

3            c.      On or about July 1, 2015, after LL Bradford received $300,000

4  under the SCPPA audit contract, LEWIS caused $152,500 to be wire transferred from

5  an A-Team Consulting, LLC bank account to a bank account held by Solomon

6  Consulting, LLC. On or about July 2, 2015, LEWIS caused $113,750 of that money to

7  be wire transferred to a Chase checking account held by LEAVITT.

8            d.      During the period August 19, 2015, through October 29, 2015,

9  LEAVITT sent emails concurring in and authorizing, on the part of USBR, four

10  $67,667 installment payments to LL Bradford.

11            e.      LEAVITT and LEWIS concealed from SCPPA and USBR the fact

12  that LEAVITT received bribes and kickbacks for his efforts steering the SCPPA audit

13  contract to LL Bradford.

14            f.      In and about October 2015 through January 2016, LEWIS and

15  another individual met with LEAVITT and offered him an employment position with

16  LL Bradford as a "Tax Partner." LEAVITT accepted that position and went to work

17  for LL Bradford in or about January 2016.

### *Statutory Allegations*

### COUNT ONE

**Honest Services Fraud Conspiracy**
(Title 18, United States Code, Section 1349)

21     9.      The Grand Jury re-alleges and incorporates here the allegations

22  contained in Paragraphs One through Eight of this Indictment.

4

10. Beginning in or about February 2015 and continuing until on or about February 18, 2016, in the State and Federal District of Nevada, and elsewhere,

**FREDRICK J. LEAVITT**, and
**DUSTIN M. LEWIS**,

defendants herein, did conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury, to commit the crime of Honest Services Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 1346.

11. The object of the conspiracy was to devise, intend to devise, and participate in the material scheme and artifice to defraud as set forth herein for the purposes of obtaining money and property from others and to deprive the United States and its citizens of their right to LEAVITT's honest services.

12. In furtherance of the conspiracy, the defendants performed the overt acts described in Paragraphs Three through Eight and Counts Two and Three of this Indictment.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

### Solicitation and Bribery of a Public Official
(Title 18, United States Code, Sections 201(b)(1))

13. The Grand Jury re-alleges and incorporates here the allegations contained in Paragraphs One through Twelve of this Indictment.

14. From in or about February 2015, through on or about February 18, 2016, in the District of Nevada and elsewhere,

**DUSTIN M. LEWIS**,

defendant herein, and others known and unknown to the Grand Jury, did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, defendant LEAVITT, with intent to influence an official act, to influence LEAVITT to commit and aid in committing and to collude in, and allow, and to make opportunity for the commission of a fraud on the United States, and to induce LEAVITT to do an act and omit to do an act in violation of his official duty, that is, pay LEAVITT money in exchange for LEAVITT steering a SCPPA audit contract to LL Bradford, in violation of Title 18, United States Code, Section 201(b)(1).

## COUNT THREE

### Solicitation and Receipt of a Bribe by Public Official
(Title 18, United States Code, Section 201(b)(2))

15.    The Grand Jury re-alleges and incorporates here the allegations contained in Paragraphs One through Fourteen of this Indictment.

16.    From in or about February 2015, through in or about February 2016, in the District of Nevada and elsewhere,

### FREDRICK J. LEAVITT,

defendant herein, being a public official, directly and indirectly, did corruptly demand, seek, receive, accept, and agree to receive and accept, something of value personally and for another person and entity, to wit, money, in return for LEAVITT: (a) being influenced in the performance of LEAVITT's official acts; (b) being induced to omit to do acts in violation of LEAVITT's official duties; and (c) being influenced to commit and aid in committing and to collude in, and allow, and to make opportunity for the commission of a fraud on the United States, to wit, by providing non-public or

1  inside information about the SCPPA audit contract selection process to LEWIS,

2  colluding over and editing the substance of LL Bradford's bid submission for the

3  SCPPA audit contract, voting for and selecting LL Bradford to be awarded the SCPPA

4  Audit Contract, and, on behalf of USBR, authorizing payments to LL Bradford under

5  the SCPPA Audit Contract, in violation of Title 18, United States Code, Section

6  201(b)(2).

## FORFEITURE ALLEGATION
### Honest Services Fraud Conspiracy; Solicitation and Bribery of a Public Official; and Solicitation and Receipt of a Bribe by Public Official

9    1.   The allegations contained in Counts One through Three of this Criminal

10  Indictment are hereby realleged and incorporated herein by reference for the purpose

11  of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C)

12  with Title 28, United States Code, Section 2461(c).

13    2.   Upon conviction of any of the felony offenses charged in Counts One through

14  Three of this Criminal Indictment,

15                      **FREDRICK J. LEAVITT**, and

16                      **DUSTIN M. LEWIS,**

17  defendants herein, shall forfeit to the United States of America, any property, real or

18  personal, which constitutes or is derived from proceeds traceable to violations of Title

19  18, United States Code, Sections 201(b)(1), 201(b)(2), and 1343, specified unlawful

20  activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and

21  1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such

22  offenses:

23

1.    an in personam criminal forfeiture money judgment including, but not limited to, at least $201,250 as to Fredrick J. Leavitt, including:

    a.  $87,500 and

    b.  2016 Grey Mercedes Benz CLS 63 AMG S-Model, Nevada License Plate NV5536, VIN WDDLJ7GB5GA159973, Registered To Fredrick Joseph Leavitt Or Tracey Lynn Leavitt; and

2.    an in personam criminal forfeiture money judgment including, but not limited to, at least $704,002 as to Dustin M. Lewis

(all of which constitutes property).

3.    If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants –

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendants for the property listed above and the in personam criminal forfeiture money judgment including, but not limited to, at least $201,250 as to Fredrick J. Leavitt and the in

1   personam criminal forfeiture money judgment including, but not limited to, at least

2   $704,002 as to Dustin M. Lewis.

3       All pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title

4   28, United States Code, Section 2461(c); Title 18, United States Code, Sections

5   201(b)(1), 201(b)(2), 1343, and 1349; and Title 21, United States Code, Section 853(p).

6       DATED this the 13 day of December, 2017.

7                           A TRUE BILL:

8                                /s/

9                           FOREPERSON OF THE GRAND JURY

10

11  STEVEN W. MYHRE
    Acting United States Attorney

12

13  PATRICK BURNS
    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23