**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**FREDERICK LEAVITT**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:17-CR-391-APG-VCF |
| Plaintiff, | |
| vs. | |
| **FREDERICK LEAVITT,** | |
| Defendant. | |

### STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **PATRICK BURNS** Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for **FREDERICK LEAVITT;** that Defendant Leavitt's pretrial release conditions be modified as set forth below. This stipulation is entered into for the following reasons.

    1.    Counsel has spoken to AUSA Patrick Burns and he has no objections to these modifications of pretrial release.

2.   Defendant is currently out on pretrial release.

3.   That Counsel has spoken Pretrial Service Officer supervising Leavitt who also

informs Counsel that he has no objection the following modifications of hiss

conditions of release.

Accordingly, the parties hereby request that the Court *modify* Leavitt's conditions as

follows:

As it states on Document 13 filed on or about December 21, 2017:

1.   Items 47, 48, and 49- Under Medical Health Treatment- be eliminated as Pretrial

states that it is no longer necessary.

2.   Item 20- Modify to allow foreign travel without Court approval as long as said

foreign travel is pre-approved by Pretrial Services and disclosed to government

counsel in advance.

**DATED** this 12th day of December, 2018.

/S/                                                          /S/                                                          .
**THOMAS F. PITARO, ESQ.**              **PATRICK BURNS**
Nevada Bar No. 1332                          Assistant United States Attorney
601 Las Vegas Blvd. S.                        501 Las Vegas Blvd. S., Ste. 1100
Las Vegas, Nevada  89104                  Las Vegas, NV 89101
Attorney for Defendant                       Attorney for the United States


**ORDER**

Based upon the Stipulation of Counsel, and with good cause appearing, **IT IS SO
ORDERED**.

DATED this 14th day of December 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**

-2-