PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW TRAVEL [ECF No. 15]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through John Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1. Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall be modified to allow Defendant to travel outside of the U.S. during October 2019, with Peru as his travel destination to attend to business related matters. Defendant Lewis will provide his U.S. Pretrial Services Supervising Officer with his travel documentation and itinerary at least two weeks prior to his scheduled departure date.

2. Paragraphs 17 and 19, which required the surrender of Lewis' passport and preclude him from obtaining a passport, shall be modified to require U.S. Pretrial

Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure. Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A.

3. The Pre-trial Services Officer supervising Lewis has informed Counsel for Lewis that he has no objection to Lewis traveling outside the U.S.A. with Peru as his travel destination so long as Defendant Lewis provides his travel itinerary in advance and returns his passport within 2 business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: September 30, 2019.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>PETER S. CHRISTIANSEN<br>KENDELEE L. WORKS<br>Counsel for Dustin M. Lewis | By /s/ Patrick Burns<br>PATRICK BURNS<br>Assistant United States Attorney |

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF No. 15]** |

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1. Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall be modified to allow Defendant to travel outside of the U.S. during October 2019, with Peru as his travel destination to attend to business related matters. Defendant Lewis will provide his U.S. Pretrial Services Supervising Officer with his travel documentation and itinerary at least two weeks prior to his scheduled departure date.

2. Paragraphs 17 and 19, which required the surrender of Lewis' passport and preclude him from obtaining a passport, shall be modified to require U.S. Pretrial Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure. Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A

3. The Pre-trial Services Officer supervising Lewis has informed Counsel for Lewis that he has no objection to Lewis traveling outside the U.S.A. with Peru as his travel destination so long as Defendant Lewis provides his travel itinerary in advance and returns his passport within 2 business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED AND DONE this 30th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE