PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
THOMAS F. PITARO, ESQ. (NV Bar #1332)
Email: pitaro@gmail.com
**PITARO & FUMO**
601 Las Vegas Blvd. South,
Las Vegas, Nevada 89101
Tele: (702) 382-9221
Fax: (702) 382-9961

Attorneys for Fredrick J. Leavitt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDRICK J. LEAVITT and<br>DUSTIN M. LEWIS,<br><br>Defendants. | Case No. 2:17-cr-0391-APG-VCF<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING DATE** |

Pursuant to the Court's Local Rule of Criminal Practice 45-1, the parties respectfully request that the Court approve this stipulation seeking a continuance of Frederick J. Leavitt's sentencing hearing currently scheduled for February 12, 2020. Should the Court approve this stipulation, the parties respectfully request that the Court schedule Mr. Leavitt's sentencing for a date convenient for the Court <u>after</u> March 23, 2020. In support of this stipulation, the parties note the following facts:

. . .

1

PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

1. Mr. Leavitt just recently (this week) notified undersigned defense counsel that his daughter is scheduled to have surgery on February 12, 2020, the same day as his currently scheduled sentencing hearing. Mr. Leavitt's family, including his daughter that is having the surgery, were planning to attend his sentencing.

2. Counsel for Mr. Leavitt communicated the above information to government counsel who can represent that the United States has no objection to a continuance of the current sentencing date.

3. In order to provide Mr. Leavitt's daughter sufficient time to recuperate from her surgery and taking into consideration the respective case commitments of counsel, the parties agree that a continuance of the currently scheduled sentencing is appropriate.

4. The parties respectfully request that the Court continue the current sentencing hearing to a date convenient for the Court but no earlier than March 23, 2020.

In light of the foregoing, the parties respectfully request that the Court approve this stipulation.

Respectfully submitted,

/s/ *Patrick Burns*
_____
Patrick Burns, Esq.
Assistant United States Attorney
United States Attorney's Office

Counsel for the United States of America

Dated: February 7, 2020

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.
Thomas F. Pitaro, Esq.

Counsel for Fredrick J. Leavitt

Dated: February 7, 2020

**IT IS SO ORDERED:**

**The parties' joint stipulation seeking to continue the current date for the sentencing hearing in this matter is <u>approved</u>.**

**The current sentencing date of February 12, 2020 is hereby <u>vacated</u>.**

**The sentencing hearing in this matter is continued to the following date and time:**

      **Date:**   March 30, 2020

      **Time:**   10:00 a.m. in courtroom 6C

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   February 7, 2020

CERTIFICATE OF SERVICE

    Pursuant to both the Federal Rules of Criminal Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, February 7, 2020, a copy of the foregoing document was served upon all registered parties and their counsel through the Court's electronic filing system (CM/ECF).

              /s/ *Paul S. Padda*

              _____
              Paul S. Padda, Esq.