NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6296
ronald.cheng@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK LEAVITT and<br><br>DUSTIN M. LEWIS,<br><br>Defendants. | Case No. 2:17-CR-00391-APG-VCF<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3**<br><br>**ORDER** |

The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Patrick Burns, Trial Attorney with the United States Department of Justice, Tax Division (formerly an Assistant U.S. Attorney of the U.S. Attorney's Office for the District of Nevada), be permitted to appear before this Court in the above-captioned case.

Mr. Burns is a member in good standing of the bars of the State of Nevada, the State of California, and the District of Columbia, he is employed by the United States as an

/ / /

/ / /

/ / /

attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 9th day of June, 2020.

Respectfully Submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED: _____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2020.