NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
STEVEN MYHRE
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:17-CR-0391-APG-VCF-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| FREDRICK LEAVITT ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Jennifer Simone</u>, Senior U.S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 18th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

By  /S/
    STEVEN MYHRE
    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. FREDRICK LEAVITT                                            Docket No: 2:17-CR-0391-APG-VCF-1

Petition for Action on Conditions of Pretrial Release

      COMES NOW JENNIFER SIMONE, SENIOR U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant FREDRICK LEAVITT. The defendant initially appeared on December 21, 2017, before U.S. Magistrate Judge C.W. Hoffman, Jr. and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Continental U.S.A.
5. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: current/former employees of LL Bradford, HRP Companies, and the Bureau of Reclamation.
6. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
9. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.
10. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
11. The defendant may not renew pilot's license and fly.
12. Defendant may take a cruise in April of 2018.

On December 13, 2018, the defendant's bond was modified, removing the defendant's conditions related to mental health treatment and adding a condition that the defendant may conduct foreign travel without Court approval as long as the travel is pre-approved by Pretrial Services and disclosed to government counsel in advance.

Respectfully presenting petition for action of Court and for cause as follows:

1. Mr. Leavitt has complied with pretrial release conditions and supervision requirements since his release in December of 2017.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED, REMOVING THE FOLLOWING CONDITION: THE DEFENDANT SHALL REPORT TO PRETRIAL SERVICES.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 18th day of February, 2021 and ordered filed and made a part of the records in the above case. | Executed on this 18th day of February, 2021. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Andrew P. Gordon | Jennifer Simone, SPB |
| U.S. District Judge | Senior U.S. Pretrial Services Officer |
| | Place: Las Vegas, Nevada |