1  THOMAS F. PITARO, ESQ.
2  Nevada bar No. 1332
   PITARO & FUMO, CHTD.
3  601 LAS VEGAS BOULEVARD, SOUTH
   LAS VEGAS, NEVADA 89101
4  Phone: 702.474.7554 Fax: 702-474-4210
   Email: kristine@fumolaw.com
5  Attorney for Defendant
6  FREDERICK LEAVITT

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10

11  UNITED STATES OF AMERICA,          )    2:17-CR-00391-APG-VCF
                                       )
12                                     )
                    Plaintiff,         )
13                                     )    STIPULATION AND ORDER TO
    v.                                 )    CONTINUE SENTENCING
14                                     )
                                       )
15  FREDERICK LEAVITT,                 )
                                       )
16                                     )    (Fifth Request)
                    Defendant.         )
17  _____)

18
            IT IS HEREBY STIPULATED by and between FREDERICK LEAVITT,
19
20  Defendant, by and through his counsel THOMAS F. PITARO, ESQ. and PAUL PADDA,

21  ESQ., CHRISTOPER CHIOU, Acting United States Attorney, and STEVEN W. MYHRE,

22  Assistant United States Attorney, that the sentencing hearing in the above-captioned matter

23  currently scheduled for August 17, 2021 at the hour of 11:00 a.m., be vacated and continued

24  to a date and time to be set by this Court but not earlier than after December 2021.  This is

25  the fifth request for continuance of Mr. Leavitt's sentencing date and is entered for the

26
    following reasons:
27

28

                                         -1-

1.      On March 30, 2020, the Chief Judge for the District of Nevada entered General Order 2020-05, regarding Authorization for Video and Teleconferencing Under the CARES Act and The Exigent Circumstances Created by COVID-19 and Related Coronavirus (hereinafter "General Order"). The General Order addresses the material effect upon the functioning of the Court brought on by the COVID-19 and Coronavirus pandemic and finds, among other things, that for the duration of the General Order, in-person Rule 32 felony sentencing hearings cannot be conducted in the District of Nevada without seriously jeopardizing public health and safety. The General Order further provides that Rule 32 sentencing hearings may, with the consent of the defendant (upon advice of counsel), proceed by video or teleconference in individual cases, provided that the presiding Court specifically finds that to delay the matter further will cause serious harm to the interests of justice.  *See also* CARES ACT, H.R. 748, Public Law No. 116-136.  On June 25, 2021, the Chief Judge extended the General Order to remain in effect until September 27, 2021, unless terminated earlier.

2.      Defendant Leavitt continues to desire an in-person Rule 32 sentencing hearing and the parties agree that further delay to accommodate an in-person hearing will not cause serious harm to the interests of justice. Accordingly, a continuance of the Rule 32 sentencing hearing to December 2021, which is outside the current duration of the General Order, is appropriate and will advance the health and safety interests articulated in the General Order.

3.      A continuance is requested for the additional reason that defendant Leavitt is scheduled to undergo medical treatment at the Mayo Clinic during the month of August due to existing medical conditions.  A continuance will accommodate defendant Leavitt's medical procedure.

4.      The Government agrees to the continuance.

5.      Defendant Leavitt is out on Pretrial Release and does not object to the continuance.

6.      The additional time requested herein is not sought for purposes of delay.

7. Additionally, the denial of this request for continuance would result in a miscarriage of justice.

**WHEREFORE**, for all the foregoing reasons, the parties respectfully request that the Court accept the Stipulation of the parties and enter an Order vacating the current hearing set for August 17, 2021, and continuing the hearing to a date and time convenient to the Court but no earlier than December 2021.

DATED this 9th day of August, 2021.

PITARO & FUMO, CHTD.

/s/   Thomas Pitaro
THOMAS F. PITARO, ESQ.
PAUL PADDA, ESQ.
601 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEYS FOR DEFENDANT
FREDERICK LEAVITT

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

/s/  Steven Myhre
STEVEN W.  MYHRE
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   2:17-cr-000391-APG-VCF |
| | ) |
| v. | )   **ORDER** |
| | ) |
| FREDERICK LEAVITT, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

This matter coming on the parties' Stipulation and Order to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1. Sentencing in this matter is presently set for August 17, 2021.

2. For the reasons set forth in the Stipulation, the defendant has requested a continuance of the sentencing hearing until on or after December 2021.

3. Defendant Leavitt is not in custody.

4. The government agrees to the continuance request set forth in the Stipulation.

5. Based on the agreement of the parties and for all the reasons stated in the Stipulation, the Court finds that a continuance of the sentencing hearing is appropriate.

Accordingly:

1. The Rule 32 sentencing hearing set for **August 17, 2021**, is hereby

   **VACATED** and **CONTINUED**; and

-4-

2.      The Rule 32 sentencing hearing in this matter will commence on

_____, **2022 at** _____ **a.m.** in a Courtroom to be announced at a

later date.

**IT IS SO ORDERED** this _____ day of August 2021:


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE