CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorney
United States Attorney's Office, District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418

PATRICK BURNS
Nevada Bar No. 11779
Trial Attorney
Department of Justice, Tax Division
150 M. Street, N.E.
Washington, D.C. 20002
Tel.: (202) 514-5762
Fax: (202) 514-9623
J.Patrick.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FREDRICK J. LEAVITT,<br><br>　　　　Defendant. | CASE NO: 2:17-CR-00391-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

　　　It is hereby stipulated and agreed, by and between CHRISTOPHER CHIOU, Acting United States Attorney, through STEVEN W. MYHRE, Assistant United States Attorney, PATRICK BURNS, Trial Attorney – Department of Justice, Tax Division, and PAUL PADDA, ESQ. and THOMAS PITARO, ESQ., counsel for Defendant FREDRICK J. LEAVITT, that the sentencing date in the above-captioned matter, previously scheduled for February 17, 2022, at 9:30 a.m., be vacated and continued until a time convenient to the

Court, but no sooner than March 22, 2022.

This Stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently set for February 17, 2022, at 9:30 a.m.

2. The parties are requesting to move this sentencing hearing preferably to sometime after March 21, 2022.

3. Counsel have been informed that Defendant Leavitt's wife suffered multiple strokes last week and required hospitalization. She has subsequently been released and is recovering at home. In light of this situation, a continuance of the sentencing hearing would allow the defendant to focus on this family emergency and afford him more time to meaningfully and effectively prepare for his sentencing.

4. Co-counsel for the government is based in Washington, D.C., and will be present in the jurisdiction beginning March 11, 2022 to prepare for and try an unrelated case before this Court beginning on March 28, 2022. Counsel respectfully requests that the Court reschedule this matter to take place while he is present in the jurisdiction for that other matter. Counsel for Defendant Leavitt, Mr. Padda, will be traveling the week of March 14, 2022, thus the parties request that if the Court has such availability, it reset this sentencing hearing for the week of March 21, 2022, preferably sometime during the period of March 22-25, 2022.

5. The defendant is out of custody on this case. The defendant does not oppose this request.

6. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

7. This is the seventh request for a continuance filed in this matter.

Dated this 2nd day of February, 2022

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney

    //s//                                          //s//
By: _____             By:_____
   PAUL S. PADDA, ESQ.                STEVEN W. MYHRE
   Counsel for Defendant LEAVITT     Assistant United States Attorney
                                                PATRICK BURNS
                                                Trial Attorney – Tax Division
                                                United States Department of Justice

    //s//
By: _____
   THOMAS F. PITARO, ESQ.
   Counsel for Defendant LEAVITT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FREDRICK J. LEAVITT,<br><br>　　　　　　Defendant. | CASE NO: 2:17-CR-00391-APG-VCF<br><br>ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　　1.　　Sentencing in this matter is currently set for February 17, 2022, at 9:30 a.m.

　　　2.　　The parties are requesting to move this sentencing hearing preferably to sometime after March 21, 2022.

　　　3.　　Counsel have been informed that Defendant Leavitt's wife suffered multiple strokes last week and required hospitalization. She has subsequently been released and is recovering at home. In light of this situation, a continuance of the sentencing hearing would allow the defendant to focus on this family emergency and afford him more time to meaningfully and effectively prepare for his sentencing.

　　　4.　　Co-counsel for the government is based in Washington, D.C., and will be present in the jurisdiction beginning March 11, 2022 to prepare for and try an unrelated case before this Court beginning on March 28, 2022. Counsel respectfully requests that the Court reschedule this matter to take place while he is present in the jurisdiction for that other matter. Counsel for defendant Leavitt, Mr. Padda, will be traveling the week of March 14, 2022, thus the parties request that if the Court has such availability, it reset this sentencing hearing for the week of March 21, 2022, preferably sometime during the period of March 22-25, 2022.

5. The defendant is out of custody on this case. The defendant does not oppose this request.

6. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

7. This is the seventh request for a continuance filed in this matter.

For all of the above-stated reasons, good cause warrants a continuance of the trial date.

**ORDER**

IT IS ORDERED that the sentencing hearing in *United States v. Frederick J. Leavitt*, Case No. 2:17-CR-00391-APG-VCF previously scheduled for February 17, 2022 at 9:30 a.m. is vacated and continued until March 24, 2022, at 9:30 a.m. in courtroom 6C.

No further continuances will be granted absent extraordinary circumstances.

Dated this 3rd day of February, 2022

By: _____
HON. ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE