PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
THOMAS F. PITARO, ESQ. (NV Bar #1332)
Email: pitaro@gmail.com
**PITARO & FUMO**
601 Las Vegas Blvd. South,
Las Vegas, Nevada 89101
Tele: (702) 382-9221
Fax: (702) 382-9961

Attorneys for Fredrick J. Leavitt

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDRICK J. LEAVITT,<br><br>Defendant. | Case No. 2:17-cr-0391-APG-VCF<br><br>**DEFENDANT FREDRICK J. LEAVITT'S COUNSELS' MOTION TO WITHDRAW** |

Pursuant to this Court's Local Rule of Practice LR IA 11-6, undersigned counsel, Paul S. Padda, Esq. and Thomas F. Pitaro, Esq., respectfully request that the Court permit their withdrawal from this case. In support of this motion, undersigned counsel rely upon the memorandum of points and authorities set forth below.

### MEMORANDUM OF POINTS AND AUTHORITIES

An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6. In this case, withdrawal is justified and necessary because, tragically, Fredrick J. Leavitt passed away on June 2, 2022. *See* Exhibit A (copy of Mr. Leavitt's Death Certificate). Accordingly, counsel

for Mr. Leavitt are required to file this motion given that their attorney/client relationship with Mr. Leavitt has ended. A copy of this motion has been mailed, this same day, to Mr. Leavitt's last known address.

Respectfully submitted,

/s/ *Thomas F. Pitaro*
/s/ *Paul S. Padda*

Thomas F. Pitaro, Esq.
Paul S. Padda, Esq.

Counsel for Fredrick J. Leavitt

Dated: June 24, 2022

**IT IS SO ORDERED:**

**Based upon a showing of good cause, the motion for withdrawal of counsel (Paul S. Padda, Esq. and Thomas F. Pitaro, Esq.) for Fredrick J. Leavitt is hereby granted.**

UNITED STATES DISTRICT JUDGE

DATED: June 27, 2022

CERTIFICATE OF SERVICE

Pursuant to both the Federal Rules of Criminal Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, June 24, 2022, a copy of the foregoing document was served upon all registered parties and their counsel through the Court's electronic filing system (CM/ECF). A copy of this motion was also mailed via United States Mail (first-class, postage prepaid) to Mr. Leavitt's last known address at:

Fredrick J. Leavitt
1010 Ridgegate Street
Henderson, Nevada  89002

/s/ *Paul S. Padda*

Paul S. Padda, Esq.

2